**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an
  amended filing

<u>Official Form 201</u>
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Celebrity's Management Company, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3004040** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alachua** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor    **Celebrity's Management Company, LLC**                                     Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☒ No.    ☐ Yes.
If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No    ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor **Fredrick & Taja Jacobs** | Relationship **Owners** |
| District **Northern District of Florida** | When _____ | Case number, if known _____ |

Debtor    **Celebrity's Management Company, LLC**                                   Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**          .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Celebrity's Management Company, LLC**                                      Case number (*if known*) _____
_____
Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 5, 2024**
MM / DD / YYYY

**X** **/s/  Taja Lee Jacobs**                                  **Taja Lee Jacobs**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Kevin B. Paysinger**                        Date    **July 5, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Kevin B. Paysinger**
Printed name

**Lansing Roy PA**
Firm name

**1710 Shadowood Lane Suite 210**
**Jacksonville, FL 32207**
Number, Street, City, State & ZIP Code

Contact phone    **(904) 391-0030x101**      Email address    **kpaysinger@lansingroy.com**

**056742 FL**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Fill in this information to identify the case:**

Debtor name    **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 5, 2024**          X **/s/   Taja Lee Jacobs**
                                                        Signature of individual signing on behalf of debtor

                                             **Taja Lee Jacobs**
                                                        Printed name

                                             **Managing Member**
                                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................    $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................    $      **1,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................    $      **1,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      **5,342,734.13**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $      **5,342,734.13**

**Fill in this information to identify the case:**

Debtor name   **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

Debtor   **Celebrity's Management Company, LLC**                     Case number *(If known)* _____
         Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Cookware** | **Unknown** | | **$1,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.   Copy the total to line 86.

| | Current value |
|---|---|
| | **$1,000.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark for Celebrity's Soul Food** **Class 043** **Serial 97488655** | **Unknown** | | **$0.00** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

Debtor    **Celebrity's Management Company, LLC**    Case number *(If known)* _____
_____
          Name

**Debtor was a franchisor of soul food**
**restaurant concept and entered into franchise**
**agreements with various franchisees, all of**
**which are closed.** _____    _____ $0.00    _____    _____ $0.00

| | | |
|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claim for defamation against various franchisees.** | Unknown |
| | **Nature of claim**    Defamation | |
| | **Amount requested**    $0.00 | |
| | **Potential claim for defamation against Madison Ortiz** | Unknown |
| | **Nature of claim**    Defamation | |
| | **Amount requested**    $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page  3

Debtor    **Celebrity's Management Company, LLC**
          Name

Case number *(If known)* _____

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Debtor    **Celebrity's Management Company, LLC**

Name

Case number *(If known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,001.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,001.00 |

**Fill in this information to identify the case:**

Debtor name __**Celebrity's Management Company, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Celebrity's Management Company, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF FLORIDA</strong></td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**PHILADELPHIA, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Tax Liability** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ADT**<br>**452 Sable Blvd Unit G**<br>**Aurora, CO 80011** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.41** |
| Date(s) debt was incurred<br>Last 4 digits of account number  **1526** | Basis for the claim:  **Services Rendered**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**ADT**<br>**452 Sable Blvd Unit G**<br>**Aurora, CO 80011** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$502.67** |
| Date(s) debt was incurred<br>Last 4 digits of account number  **1502** | Basis for the claim:  **Services Rendered**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>**Alton Cheaves**<br>**3643 Suitland Rd. SE**<br>**Washington, DC 20020-1249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:  **Partner/Investor**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor **Celebrity's Management Company, LLC**
Name

Case number (*if known*) _____

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,989.54** |
|---|---|---|---|

**Amazon Business**
**Attn: Director of Sales**
**325 9th Ave. N.**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrea Sherwood**
**289 Lake Diamond Avenue**
**Ocala, FL 34472**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Labor Claim**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Clark**
**961 N 1075 W**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Partner/Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Anderson**
**253 Main Street Suite 109**
**Matawan, NJ 07747**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Franchisee**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,768.00** |
|---|---|---|---|

**Aramark**
**2680 Palumbo Drive**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **2986**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,109.56** |
|---|---|---|---|

**Aramark**
**2680 Palumbo Drive**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **5278**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arlene Nash Jones**
**2056 NW 55th Blvd**
**Gainesville, FL 32653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Partner/Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289.33** |
|---|---|---|---|

**ATT/DirectTV**
**2260 E Imperial Hwy**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **6016**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    **Celebrity's Management Company, LLC**                                    Case number (*if known*) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,409.61** |
|---|---|---|---|

**Bear Robotics, Inc.**
**16650 Westgrove Dr. Suite 175**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311.00** |
|---|---|---|---|

**BentoBox Websites**
**584 Broadway, 4th Floor**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burning Bush, LLC**
**2237 SW 19TH AVE ST, STE 101**
**Ocala, FL 34471**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease Deficiency**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cavis Callies**
**Callies Enterprises LLC**
**4209 Holiday Place**
**Oklahoma City, OK 73112**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Franchisee**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,232.93** |
|---|---|---|---|

**CDO Group**
**333 W. Harrison Street**
**Oak Park, IL 60304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,418.15** |
|---|---|---|---|

**Central Products, LLC**
**dba Central Restaurant Products**
**7750 Georgetown Road**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Supplier**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,224.93** |
|---|---|---|---|

**Chef Works, Inc.**
**c/o Pucin & Friedland**
**5805 Sepulveda Blvd., 4th Floor**
**Sherman Oaks, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1210**

Basis for the claim:  **Supplier**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Greigo**
**31 Fir Loop**
**Cedar Crest, NM 87008**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Franchisee**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    **Celebrity's Management Company, LLC**
_____    Case number (if known) _____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$795.00** |
|---|---|---|---|

**Clean Cut Lawn Care LLC**
**101 NE 41st Avenue**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,009.53** |
|---|---|---|---|

**Cloud Kitchens**
**c/o The Leviton Law Firm, Ltd.**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Supplier**

**Last 4 digits of account number  6848**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,388.69** |
|---|---|---|---|

**Comcast Business**
**1100 Northpoint Pkwy**
**West Palm Beach, FL 33407-1937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number  9325**

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Courtney & Jennifer Welch**
**3233 W. Hartland Drive**
**Southaven, MS 38672**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Franchisee**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David & Crayonnia Gordon Somers**
**2601 Tiny Town Road**
**Clarksville, TN 37042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Partner/Investor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Giusto**
**2813 W. Ottio Avenue**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Partner/Investor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dee Dixon**
**160 Ellsworth Circle**
**Saint Johns, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Partner/Investor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Deniel Tlmmons**
**410 SE Olustee Avenue**
**Lake City, FL 32025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Partner/Investor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor **Celebrity's Management Company, LLC**

Name

Case number *(if known)* _____

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

Dr. Valda Slack
17867 SE 115th Circle
Spring Hill, FL 34609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.25** |
|---|---|---|---|

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8604__

Basis for the claim: __Utilities__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.73** |
|---|---|---|---|

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8406__

Basis for the claim: __Utilities__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.53** |
|---|---|---|---|

Easy Ice, LLC
PO Box 879
Marquette, MI 49855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7804__

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.32** |
|---|---|---|---|

Expand LLC
3600 Embassy Pkwy, Suite 120
Akron, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Supplier__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

Florida Express
PO Box 5058
Ocala, FL 34478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.56** |
|---|---|---|---|

Florida Natural Gas
c/o Virtuoso Sourcing Group
4500 Cherry Creek South Drive
Suite 500
Glendale, CO 80246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7581__

Basis for the claim: __Utilities__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.25** |
|---|---|---|---|

Florida Pest Control
PO Box 13848
Reading, PA 19612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5209__

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Celebrity's Management Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,600.00** |
|---|---|---|---|

**FranConnect, LLC**
**13865 Sunrise Valley Drive**
**Suite 150**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gadiel & Carrie Cruz**
**GTG Management LLC**
**13325 Vennetta Way**
**Windermere, FL 34786**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Franchisee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Georgette Tomsick**
**1650 Black Hills Way**
**North Las Vegas, NV 89031**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Franchisee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,844.21** |
|---|---|---|---|

**Grinder Taber & Grinder, Inc.**
**1919 Lynnfield Rd B**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Contractor Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hugh Bogart**
**920 Derby Trace**
**Nashville, TN 37211**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Franchisee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,005.00** |
|---|---|---|---|

**Ink Link Marketing LLC**
**6073 NW 167 Street Suite C18**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James McLeod**
**1052 Chestnut Hill Circle SW**
**Marietta, GA 30064**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Franchisee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeffrey & Karin Moyle**
**1055 Riverside Walk Crossing**
**Sugar Hill, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Partner/Investor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Celebrity's Management Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeffrey Selgren**
**Roknar LLC**
**1922 Russell Avenue**
**Cheyenne, WY 82001**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Franchisee__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jena Woodyard**
**Eagle Medical Management**
**3001 West Silver Springs Blvd.**
**Building 100**
**Ocala, FL 34475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Partner/Investor/Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John & Francheska Noble**
**23223 Front Beach Road**
**Apt C3-104**
**Panama City Beach, FL 32413**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Franchisee__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kama & Christy Mitchell**
**46 Juniper Loop Court**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Partner/Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karen Mitchell**
**5398 Sun Trail Drive**
**Florissant, MO 63033**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Franchisee__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kelly Donnell**
**1650 Black Hills Way**
**North Las Vegas, NV 89031**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Franchisee__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,141.70** |
|---|---|---|---|

**KServicing (Kabbage Funding)**
**925B Peachtree Street NE**
**Suite 1688**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Celebrity's Management Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madison Ortiz**
**19440 SWE 91st Lane**
**Ocklawaha, FL 32179**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Former Employee__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,500.00** |
|---|---|---|---|

**Med Direct Capital, LLC**
**1075 Anchor Pt**
**Delray Beach, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Business loan__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merchant Services**
**PO Box 6010**
**Hagerstown, MD 21741-6010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __4887__

Basis for the claim:  __Merchant Services__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Shaffer**
**MMA LLC**
**961 N 1075 W**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Partner/Investor__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Gregory**
**1966 Normandy Drive**
**Zanesville, OH 43701**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Franchisee__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mikayla Shaffer**
**961 N 1075 W**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Partner/Investor__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nadina Hammonds**
**253 Main Street Suite 109**
**Matawan, NJ 07747**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Franchisee__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.16** |
|---|---|---|---|

**NATIONAL ENTERPRISE SYSTEM**
**FOR PNC BANK**
**2479 EDISON BLVD, UNIT A**
**Twinsburg, OH 44087-2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __4804__

Basis for the claim:  __Collections__
Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    **Celebrity's Management Company, LLC**
_____
Name

Case number (*if known*) _____

---

| 3.59 | Nonpriority creditor's name and mailing address<br>**NATIONAL ENTERPRISE SYSTEM<br>FOR PNC BANK<br>2479 EDISON BLVD, UNIT A<br>Twinsburg, OH 44087-2340** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,337.88** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number **1122**

Basis for the claim: **Collections**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address<br>**Nationwide Mutual Insurance Comp.<br>c/o Leviton Law Firm, Ltd.<br>One Pierce Place, Suite 725W<br>Itasca, IL 60143** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.12** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number **7456**

Basis for the claim: **Insurance Premiums**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address<br>**Nationwide Mutual Insurance Company<br>PO Box 77210<br>Minneapolis, MN 55480-7200** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,251.26** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number **5716**

Basis for the claim: **Insurance Premiums**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address<br>**Nationwide Mutual Insurance Company<br>One West Nationwide Blvd.<br>Columbus, OH 43215-2220** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,685.00** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Insurance Premium**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address<br>**Nestle Professional North America<br>30002 Bainbridge Road<br>Solon, OH 44139** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Services Rendered**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address<br>**NuCO2, Inc.<br>2800 SE Market Place<br>Stuart, FL 34997** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,811.01** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number **8540**

Basis for the claim: **Services Rendered**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address<br>**Oates Energy Inc.<br>14286 Beach Blvd, Suite 12<br>Jacksonville Beach, FL 32250** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.42** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Services Rendered**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address<br>**Ocala Heating & Air Conditioning, LLC<br>3695 SE 58th Avenue<br>Ocala, FL 34480** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$589.18** |
|---|---|---|---|

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Services Rendered**
Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Celebrity's Management Company, LLC**                              Case number *(if known)* _____
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,955.40 |
|---|---|---|---|

**ODK Capital, LLC**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,051.99 |
|---|---|---|---|

**ODK Capital, LLC**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.40 |
|---|---|---|---|

**OpenTable**
**One Montgomery Street,   Suite 500**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Rendered__

Last 4 digits of account number __1441__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Orlester Johnson**
**c/o Stacy Clinton, Esq.**
**The Clinton Law Office**
**4862 Elvis Presley Blvd.**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Oscar & Esther Estrada**
**Omen LLC**
**16024 Rising Star Drive**
**Clermont, FL 34714**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Franchisee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.36 |
|---|---|---|---|

**P1 Finance**
**PO Box 922025**
**Norcross, GA 30010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number __6916__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Patrick Cirwithian**
**156 Duck Hawk Circle**
**Daytona Beach, FL 32119**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Franchisee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Celebrity's Management Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,252.03 |
|---|---|---|---|

Paypal, Inc.
c/o Enterprise Recovery, LLC
301 Lacey St
West Chester, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.22 |
|---|---|---|---|

Peoples Gas
c/o Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utilities

Last 4 digits of account number  0669

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.81 |
|---|---|---|---|

PNC BANK
C/O CREDIT COLLECTION SERVICES
725 CANTON STREET
Norwood, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Collections

Last 4 digits of account number  8220

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Quentin Anderson
1780 Kettner Blvd #315
San Diego, CA 92101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Rendered

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Residences at Markets West
7400 SW 13th Road
Gainesville, FL 32607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Landlord

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,159.30 |
|---|---|---|---|

Robert Patrick & Co.
2 South Ave. East
Cranford, NJ 07016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Rendered

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rodney Williams
922 Riverscape Street
Bradenton, FL 34208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Partner/Investor

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Roger & Cynthia George
4895 Sandy Hill Drive
Valdosta, GA 31601

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  Franchisee

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | **Celebrity's Management Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rudolph Rolle**
**2973 Etowah Park Blvd.**
**Tavares, FL 32778**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Partner**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott & Anissa Hargraves**
**FYG Foods**
**11015 Sandy Creek Drive**
**Sandy, UT 84094**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Franchisee**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494,000.00** |
|---|---|---|---|

**Scott Stephens**
**20960 River Drive**
**Dunnellon, FL 34431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Partner/Investor**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,551.00** |
|---|---|---|---|

**Shankman Leone, P.A.**
**707 N Franklin St**
**Fifth Floor**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,883.97** |
|---|---|---|---|

**Spectrio, LLC**
**PO Box 890271**
**Charlotte, NC 28289-0271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5454**

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SPEF Holding Company, LLC, et al.**
**c/o Bass Berry & Sims**
**Attn: T. Gaillard Ulhorn, Esq.**
**100 Peabody Place, Suite 1300**
**Memphis, TN 38103**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Breach of Lease Guaranty**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,887.07** |
|---|---|---|---|

**Spire Law, LLC**
**2572 W State Rd 426, Suite 2088**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Celebrity's Management Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
TapMango Inc.
5775 Yonge Street, Suite 1801
Toronto Ontario M2M 4J1

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,468.00**

---

**3.90** | Nonpriority creditor's name and mailing address
The Leviton Law Firm, Ltd.
For ADP - SBS
One Pierce Place, Suite 725W
Itasca, IL 60143

Date(s) debt was incurred __

Last 4 digits of account number  **0696**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Services**

Is the claim subject to offset? ☒ No ☐ Yes

**$39,522.66**

---

**3.91** | Nonpriority creditor's name and mailing address
Tower Harbor Club, LLC
c/o Cynthia D. Stelzer, Esq.
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Suite 900
San Diego, CA 92108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Lease**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,940,735.99**

---

**3.92** | Nonpriority creditor's name and mailing address
Tre Harris
2089 Century Avenue SE
Cleveland, TN 37311

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Franchisee**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.93** | Nonpriority creditor's name and mailing address
Upstart Loan Operations
PO Box 1503
San Carlos, CA 94070-7503

Date(s) debt was incurred __

Last 4 digits of account number  **9315**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$29,425.00**

---

**3.94** | Nonpriority creditor's name and mailing address
US Foods
7004 E. Hanna
Tampa, FL 33610

Date(s) debt was incurred __

Last 4 digits of account number  **4983**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

**3.95** | Nonpriority creditor's name and mailing address
Vonage
101 Crawfords Corner Road
Suite 2416
Holmdel, NJ 07733

Date(s) debt was incurred __

Last 4 digits of account number  **9582**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,400.00**

---

Debtor    **Celebrity's Management Company, LLC**                                    Case number *(if known)* _____
          _____
          Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Walter & Stephanie Harvey**
**5703 SW 50th Avenue**
**Ocala, FL 34474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Partner/Investor**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Wenzel Fenton Cabassa PA**
**1110 N Florida Avenue, Suite 300**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2023**

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**For Cloud Kitchens**<br>**Po Box 186**<br>**Metairie, LA 70004-0186** | Line **3.21**<br><br>☐ Not listed. Explain ____ | **6848** |
| 4.2 | **Amazon Business**<br>**P.O. Box 81226**<br>**Seattle, WA 98108-1226** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **ATT DIRECTV**<br>**C/O IC SYSTEM**<br>**PO BOX 64378**<br>**Saint Paul, MN 55164-0378** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CCC of New York, Inc.**<br>**PO Box 288**<br>**Tonawanda, NY 14151-0288** | Line **3.17**<br><br>☐ Not listed. Explain ____ | **2830** |
| 4.5 | **CFM**<br>**For Aramark**<br>**PO Box 674257**<br>**Marietta, GA 30006-0072** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Charles Ruse Jr.**<br>**Ruse Law**<br>**500 NE 8th Avenue**<br>**Ocala, FL 34470** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **FMA ALLIANCE LTD**<br>**FOR UPSTART SMB/CRB**<br>**12339 CUTTEN RD**<br>**Houston, TX 77066-1807** | Line **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Frederick C. Morello, PA**<br>**Frederick C. Morello, Esq.**<br>**2nd Floor**<br>**111 N. Frederick Avenue**<br>**Daytona Beach, FL 32114** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Celebrity's Management Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Glankler Brown, PLLC**<br>**Attn: Jeremy G. Alpert, Esq.**<br>**6000 Poplar Avenue, Suite 400**<br>**Memphis, TN 38119** | Line **3.39**<br>☐ Not listed. Explain ___ | _ |
| 4.10 | **Ingold Law, PLLC**<br>**For Central Restaurant Products**<br>**5555 Main Street**<br>**Williamsville, NY 14221** | Line **3.17**<br>☐ Not listed. Explain ___ | **0196** |
| 4.11 | **Lalchandani Simon PL**<br>**Attn: Kubs Lalchandani, Esq.**<br>**25 SE 2nd Avenue, Suite 1020**<br>**Miami, FL 33131** | Line **3.52**<br>☐ Not listed. Explain ___ | _ |
| 4.12 | **Marcadis Singer, P.A.**<br>**Attn: Gilbert Singer, Esq.**<br>**5104 South Westshore Blvd.**<br>**Tampa, FL 33611** | Line **3.17**<br>☐ Not listed. Explain ___ | _ |
| 4.13 | **Nestle USA, Inc.**<br>**Attn: Legal Department**<br>**30003 Bainbridge Road**<br>**Solon, OH 44139** | Line **3.63**<br>☐ Not listed. Explain ___ | _ |
| 4.14 | **Steven & Ricci, Inc.**<br>**7739 E. Broadway Blvd., Suite 220**<br>**Tucson, AZ 85710** | Line **3.41**<br>☐ Not listed. Explain ___ | _ |
| 4.15 | **Tower Harbor Club, LLC**<br>**100 Harbor Drive Suite 5**<br>**San Diego, CA 92101** | Line **3.91**<br>☐ Not listed. Explain ___ | _ |
| 4.16 | **UNITED STATES ATTORNEY**<br>**300 NORTH HOGAN ST SUITE 700**<br>**JACKSONVILLE, FL 32202-4204** | Line **2.1**<br>☐ Not listed. Explain ___ | _ |
| 4.17 | **UNITED STATES ATTORNEY GENERAL**<br>**US DEPARTMENT OF JUSTICE**<br>**950 PENNSYLVANIA AVE NW**<br>**WASHINGTON, DC 20530-0001** | Line **2.1**<br>☐ Not listed. Explain ___ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 5,342,734.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,342,734.13 |

**Fill in this information to identify the case:**

Debtor name    **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dee Dixon** | **160 Ellsworth Circle**<br>**Saint Johns, FL 32259** | **ODK Capital, LLC** | ☐ D ____<br>☒ E/F ___3.68___<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Celebrity's Management Company, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF FLORIDA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br><br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br><br>☐ Other _____ | **$340,000.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023** | **Sale of Membership Units** | **$450,000.00** |
| **For year before that:**<br>From **01/01/2022** to **12/31/2022** | **Sale of Membership/Franchise** | **$1,484,000.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Celebrity's Management Company, LLC**    Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **JDMM Holdings-CE, LLC** | **Real property located at 2631 SE 58th Avenue, Ocala, FL 34480 along with personal property located inside.** | 4/10/2024 | Unknown |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Max Advance vs. FREDRICK JACOBS, CELEBRITYS SOUL FOOD MANAGEMENT** Unknown | **Collections** | **KINGS BOROUGH SUPREME COURT - CIVIL DIVISION** | ☐ Pending ☐ On appeal ☒ Concluded |
| 7.2. | **Andrea Sherwood v. Celebrity's Management Company, LLC, et al.** 22-cv-419-BJD-PRL | **Labor Dispute** | **Middle District of Florida, Ocala Division** | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Chriseanna Mitchell, et al. v. Celebrity's Management Company, LLC, et al.** 22-cv-00108-JSM-PRL | **Labor Dispute** | **Middle District of Florida, Ocala Division** | ☐ Pending ☐ On appeal ☒ Concluded |
| 7.4. | **Chriseanna Mitchell, et al. v. Celebrity's Management Company, LLC, et al.** 2023-CC-1054 | **Breach of Contract, et al.** | **County Court, Marion County, Florida** | ☐ Pending ☐ On appeal ☒ Concluded |

---

Debtor    **Celebrity's Management Company, LLC**                                  Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Grinder Taber & Grinder, Inc. v. Celebrity Soul Food Mgmt Co., et al.**<br>**CH-22-1622** | **Collection** | **Chancery Court, Shelby County, Tennessee** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | **JDMM Holdings-CE, LLC v. Celebrity's Management Company, LLC**<br>**23CA003028** | **Foreclosure** | **Circuit Court, Marion County, Florida** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.7. | **Med Direct Capital, LLC v. Celebrity's Management Company, LLC, et al.**<br>**2023-022788-CA-01** | **Collection** | **Circuit Court, Miami-Dade County, Florida** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Tower Harbor Club, LLC v. Celebrity's Management Company, LLC, et al.**<br>**37-2023-00013641-CU-BC-CTL** | **Breach of Contract** | **Superior Court of California, San Diego County** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Burning Bush, LLC v. Celebrity's Management Company, LLC**<br>**2023-SC-1137** | **Eviction** | **Small Claims, Marion County, Florida** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.10. | **Central Products, Inc. v. Celebrity's Management Company, LLC**<br>**2024-CC-001296** | **Collection** | **County Court, Marion County, Florida** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **ODK Capital, LLC v. Celebrity's Management Company, LLC, et al.**<br>**249912925** | **Collection** | **District Court, Salt Lake County, Utah** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **American Heart Association** | **Gave $2,500.00 contribution to charitable organization.** | **9/2022** | **$2,500.00** |
| **Recipients relationship to debtor**<br>**None** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    **Celebrity's Management Company, LLC**    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lansing Roy, P.A.**<br>**1710 Shadowood Lane, Suite 210**<br>**Jacksonville, FL 32207** | **Attorney's fees and costs** | **6/20/2024** | **$2,938.00** |
| | Email or website address<br>**kpaysinger@lansingroy.com** | | | |
| | Who made the payment, if not debtor?<br>**St. Matthews Baptist Church** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2631 SE 58th Avenue**<br>**Ocala, FL 34480** | **2/2020 - 4/2024** |

## Part 8:    Health Care Bankruptcies

Debtor    **Celebrity's Management Company, LLC**          Case number *(if known)* _____

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank** | **XXXX-1953** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/20/2023** | **$0.00** |
| 18.2. | **PNC Bank** | **XXXX-8131** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2023** | **$0.00** |

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Celebrity's Management Company, LLC**

Case number *(if known)*

---

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

| Debtor | Celebrity's Management Company, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Brill Bookkeeping Services, LLC**<br>**Attn: Riley Vary**<br>**3821 SE 29th Court**<br>**Ocala, FL 34480** | **1/2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Annointed for Prosperity Bookkeeping**<br>**Attn: Shonda Swain-Peaks**<br>**6160 SW Hwy 200 #110**<br>**Ocala, FL 34476** | **9/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Chriseanna Mitchell**<br>**c/o Edwin Green, Esquire** |
| 26d.2. | **Tower Harbor Club, LLC** |

---

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Taja Jacobs** | | **Managing Memberships** | **97.185** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dee Dixon** | **160 Ellsworth Circle**<br>**Saint Johns, FL 32259** | **Member** | **.50** |

---

Debtor    **Celebrity's Management Company, LLC**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Giusto | 2813 W. Ottio Avenue<br>Tampa, FL 33607 | Member | .259 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kama Mitchell | 46 Juniper Loop Court<br>Ocala, FL 34480 | Member | .056 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christy Mitchell | 46 Juniper Loop Court<br>Ocala, FL 34480 | Member | .056 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Gordon Somers | 2601 Tiny Town Road<br>Clarksville, TN 37042 | Member | .111 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Crayonnia Gordon Somers | 2601 Tiny Town Road<br>Clarksville, TN 37042 | Member | .111 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Moyle | 1055 Riverside Walk Crossing<br>Sugar Hill, GA 30518 | Member | .111 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karin Moyle | 1055 Riverside Walk Crossing<br>Sugar Hill, GA 30518 | Member | .111 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rodney Williams | 922 Riverscape Street<br>Bradenton, FL 34208 | Member | .333 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Walter & Stephanie Harvey | 5703 SW 50th Avenue<br>Ocala, FL 34474 | Member | .167 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Shaffer | MMA LLC<br>961 N 1075 W<br>Layton, UT 84041 | Member | .50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mikayla Shaffer Clark | 961 N 1075 W<br>Layton, UT 84041 | Member | .50 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

Debtor    **Celebrity's Management Company, LLC**    Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 5, 2024**

**/s/   Taja Lee Jacobs**                         **Taja Lee Jacobs**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re **Celebrity's Management Company, LLC** _____
Debtor(s)

Case No. _____
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept ........................................................ | $ | **2,600.00** |
| Prior to the filing of this statement I have received ........................................... | $ | **2,600.00** |
| Balance Due ......................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The above fee covers representation for the entire case and no additional charge for attorney fees except as set forth below.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representing client in an adversarial matter related to the Chapter 7, included but not limited to: adversary proceedings, objections to exemptions, motions for turnover, and motions to dismiss for bad faith or substantial abuse, and  any amendments to documents filed before the Court.**

_____        _____
**Debtor**                                **Date**

_____        _____
**Joint Debtor**                          **Date**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 5, 2024**
*Date*

**/s/ Kevin B. Paysinger**
**Kevin B. Paysinger**
*Signature of Attorney*
**Lansing Roy PA**
**1710 Shadowood Lane Suite 210**
**Jacksonville, FL 32207**
**(904) 391-0030x101   Fax:**
**kpaysinger@lansingroy.com**
*Name of law firm*

## United States Bankruptcy Court
### Northern District of Florida

In re    **Celebrity's Management Company, LLC**                                    Case No. _____
                                                                Debtor(s)          Chapter    **7**  _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 5, 2024**                                 **/s/  Taja Lee Jacobs**
                                                          **Taja Lee Jacobs**/**Managing Member**
                                                          Signer/Title

Kevin B. Paysinger
1710 Shadowood Lane
Suite 210
Jacksonville, FL 32207


ADT
452 Sable Blvd Unit G
Aurora, CO 80011


Alton Cheaves
3643 Suitland Rd. SE
Washington, DC 20020-1249


Altus Receivables Management
For Cloud Kitchens Po Box 186
Metairie, LA 70004-0186


Amazon Business
Attn: Director of Sales
325 9th Ave. N.
Seattle, WA 98109-5210


Amazon Business
P.O. Box 81226
Seattle, WA 98108-1226


Andrea Sherwood
289 Lake Diamond Avenue
Ocala, FL 34472


Andrew Clark
961 N 1075 W
Layton, UT 84041


Anthony Anderson
253 Main Street Suite 109
Matawan, NJ 07747


Aramark
2680 Palumbo Drive
Lexington, KY 40509


Aramark
2680 Palumbo Drive
Lexington, KY 40509


Arlene Nash Jones
2056 NW 55th Blvd
Gainesville, FL 32653


ATT DIRECTV
C/O IC SYSTEM PO BOX 64378
Saint Paul, MN 55164-0378

ATT/DirectTV
2260 E Imperial Hwy
El Segundo, CA 90245


Bear Robotics, Inc.
16650 Westgrove Dr. Suite 175
Addison, TX 75001


BentoBox Websites
584 Broadway, 4th Floor
New York, NY 10012


Burning Bush, LLC
2237 SW 19TH AVE ST, STE 101
Ocala, FL 34471


Cavis Callies
Callies Enterprises LLC
4209 Holiday Place
Oklahoma City, OK 73112


CCC of New York, Inc.
PO Box 288
Tonawanda, NY 14151-0288


CDO Group
333 W. Harrison Street
Oak Park, IL 60304


Central Products, LLC
dba Central Restaurant Products
7750 Georgetown Road
Indianapolis, IN 46268


CFM
For Aramark PO Box 674257
Marietta, GA 30006-0072


Charles Ruse Jr.
Ruse Law 500 NE 8th Avenue
Ocala, FL 34470


Chef Works, Inc.
c/o Pucin & Friedland
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411


Christopher Greigo
31 Fir Loop
Cedar Crest, NM 87008


Clean Cut Lawn Care LLC
101 NE 41st Avenue
Ocala, FL 34470

```
Cloud Kitchens
c/o The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


Comcast Business
1100 Northpoint Pkwy
West Palm Beach, FL 33407-1937


Courtney & Jennifer Welch
3233 W. Hartland Drive
Southaven, MS 38672


David & Crayonnia Gordon Somers
2601 Tiny Town Road
Clarksville, TN 37042


David Giusto
2813 W. Ottio Avenue
Tampa, FL 33607


Dee Dixon
160 Ellsworth Circle
Saint Johns, FL 32259


Deniel TImmons
410 SE Olustee Avenue
Lake City, FL 32025


Dr. Valda Slack
17867 SE 115th Circle
Spring Hill, FL 34609


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090


Easy Ice, LLC
PO Box 879
Marquette, MI 49855


Expand LLC
3600 Embassy Pkwy, Suite 120
Akron, OH 44333


Florida Express
PO Box 5058
Ocala, FL 34478


Florida Natural Gas
c/o Virtuoso Sourcing Group
4500 Cherry Creek South Drive Suite 500
Glendale, CO 80246
```

Florida Pest Control
PO Box 13848
Reading, PA 19612


FMA ALLIANCE LTD
FOR UPSTART SMB/CRB 12339 CUTTEN RD
Houston, TX 77066-1807


FranConnect, LLC
13865 Sunrise Valley Drive Suite 150
Herndon, VA 20171


Frederick C. Morello, PA
Frederick C. Morello, Esq.
2nd Floor 111 N. Frederick Avenue
Daytona Beach, FL 32114


Gadiel & Carrie Cruz
GTG Management LLC 13325 Vennetta Way
Windermere, FL 34786


Georgette Tomsick
1650 Black Hills Way
North Las Vegas, NV 89031


Glankler Brown, PLLC
Attn: Jeremy G. Alpert, Esq.
6000 Poplar Avenue, Suite 400
Memphis, TN 38119


Grinder Taber & Grinder, Inc.
1919 Lynnfield Rd B
Memphis, TN 38119


Hugh Bogart
920 Derby Trace
Nashville, TN 37211


Ingold Law, PLLC
For Central Restaurant Products
5555 Main Street
Williamsville, NY 14221


Ink Link Marketing LLC
6073 NW 167 Street Suite C18
Hialeah, FL 33015


Internal Revenue Service
PO Box 7346
PHILADELPHIA, PA 19101-7346


James McLeod
1052 Chestnut Hill Circle SW
Marietta, GA 30064

Jeffrey & Karin Moyle
1055 Riverside Walk Crossing
Sugar Hill, GA 30518


Jeffrey Selgren
Roknar LLC 1922 Russell Avenue
Cheyenne, WY 82001


Jena Woodyard
Eagle Medical Management
3001 West Silver Springs Blvd. Building
Ocala, FL 34475


John & Francheska Noble
23223 Front Beach Road Apt C3-104
Panama City Beach, FL 32413


Kama & Christy Mitchell
46 Juniper Loop Court
Ocala, FL 34480


Karen Mitchell
5398 Sun Trail Drive
Florissant, MO 63033


Kelly Donnell
1650 Black Hills Way
North Las Vegas, NV 89031


KServicing (Kabbage Funding)
925B Peachtree Street NE Suite 1688
Atlanta, GA 30309


Lalchandani Simon PL
Attn: Kubs Lalchandani, Esq.
25 SE 2nd Avenue, Suite 1020
Miami, FL 33131


Madison Ortiz
19440 SWE 91st Lane
Ocklawaha, FL 32179


Marcadis Singer, P.A.
Attn: Gilbert Singer, Esq.
5104 South Westshore Blvd.
Tampa, FL 33611


Med Direct Capital, LLC
1075 Anchor Pt
Delray Beach, FL 33444


Merchant Services
PO Box 6010
Hagerstown, MD 21741-6010

Michael Shaffer
MMA LLC 961 N 1075 W
Layton, UT 84041

Michelle Gregory
1966 Normandy Drive
Zanesville, OH 43701

Mikayla Shaffer
961 N 1075 W
Layton, UT 84041

Nadina Hammonds
253 Main Street Suite 109
Matawan, NJ 07747

NATIONAL ENTERPRISE SYSTEM
FOR PNC BANK 2479 EDISON BLVD, UNIT A
Twinsburg, OH 44087-2340

Nationwide Mutual Insurance Comp.
c/o Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143

Nationwide Mutual Insurance Company
One West Nationwide Blvd.
Columbus, OH 43215-2220

Nationwide Mutual Insurance Company
PO Box 77210
Minneapolis, MN 55480-7200

Nestle Professional North America
30002 Bainbridge Road
Solon, OH 44139

Nestle USA, Inc.
Attn: Legal Department
30003 Bainbridge Road
Solon, OH 44139

NuCO2, Inc.
2800 SE Market Place
Stuart, FL 34997

Oates Energy Inc.
14286 Beach Blvd, Suite 12
Jacksonville Beach, FL 32250

Ocala Heating & Air Conditioning, LLC
3695 SE 58th Avenue
Ocala, FL 34480

```
ODK Capital, LLC
c/o Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008


OpenTable
One Montgomery Street,  Suite 500
San Francisco, CA 94104


Orlester Johnson
c/o Stacy Clinton, Esq.
The Clinton Law Office 4862 Elvis Presle
Memphis, TN 38116


Oscar & Esther Estrada
Omen LLC 16024 Rising Star Drive
Clermont, FL 34714


P1 Finance
PO Box 922025
Norcross, GA 30010


Patrick Cirwithian
156 Duck Hawk Circle
Daytona Beach, FL 32119


Paypal, Inc.
c/o Enterprise Recovery, LLC
301 Lacey St
West Chester, PA 19382


Peoples Gas
c/o Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


PNC BANK
C/O CREDIT COLLECTION SERVICES
725 CANTON STREET
Norwood, MA 02062


Quentin Anderson
1780 Kettner Blvd #315
San Diego, CA 92101


Residences at Markets West
7400 SW 13th Road
Gainesville, FL 32607


Robert Patrick & Co.
2 South Ave. East
Cranford, NJ 07016


Rodney Williams
922 Riverscape Street
Bradenton, FL 34208
```

Roger & Cynthia George
4895 Sandy Hill Drive
Valdosta, GA 31601


Rudolph Rolle
2973 Etowah Park Blvd.
Tavares, FL 32778


Scott & Anissa Hargraves
FYG Foods 11015 Sandy Creek Drive
Sandy, UT 84094


Scott Stephens
20960 River Drive
Dunnellon, FL 34431


Shankman Leone, P.A.
707 N Franklin St Fifth Floor
Tampa, FL 33602


Spectrio, LLC
PO Box 890271
Charlotte, NC 28289-0271


SPEF Holding Company, LLC, et al.
Attn: T. Gaillard Ulhorn, Esq.
c/o Bass Berry & Sims 100 Peabody Place,
Memphis, TN 38103


Spire Law, LLC
2572 W State Rd 426, Suite 2088
Oviedo, FL 32765


Steven & Ricci, Inc.
7739 E. Broadway Blvd., Suite 220
Tucson, AZ 85710


TapMango Inc.
5775 Yonge Street, Suite 1801
Toronto Ontario M2M 4J1


The Leviton Law Firm, Ltd.
For ADP - SBS
One Pierce Place, Suite 725W
Itasca, IL 60143


Tower Harbor Club, LLC
c/o Cynthia D. Stelzer, Esq.
Kimball, Tirey & St. John LLP 7676 Hazar
San Diego, CA 92108


Tower Harbor Club, LLC
100 Harbor Drive Suite 5
San Diego, CA 92101

Tre Harris
2089 Century Avenue SE
Cleveland, TN 37311


UNITED STATES ATTORNEY
300 NORTH HOGAN ST SUITE 700
JACKSONVILLE, FL 32202-4204


UNITED STATES ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001


Upstart Loan Operations
PO Box 1503
San Carlos, CA 94070-7503


US Foods
7004 E. Hanna
Tampa, FL 33610


Vonage
101 Crawfords Corner Road Suite 2416
Holmdel, NJ 07733


Walter & Stephanie Harvey
5703 SW 50th Avenue
Ocala, FL 34474


Wenzel Fenton Cabassa PA
1110 N Florida Avenue, Suite 300
Tampa, FL 33602