United States Bankruptcy Court

Northern District of Florida

In re:  Case No. 24-10136-KKS
Celebrity's Management Company, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-1            User: admin            Page 1 of 4
Date Rcvd: Aug 07, 2024            Form ID: b309c            Total Noticed: 116

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celebrity's Management Company, LLC, 8604 SW 31st Avenue, Gainesville, FL 32608-2726 |
| 2561270 | + | ATT/DirectTV, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 2561259 | | Alton Cheaves, 3643 Suitland Rd. SE, Washington, DC 20020-1249 |
| 2561260 | | Altus Receivables Management, For Cloud Kitchens, Po Box 186, Metairie, LA 70004-0186 |
| 2561261 | + | Amazon Business, Attn: Director of Sales, 325 9th Ave. N., Seattle, WA 98109-5122 |
| 2561263 | + | Andrea Sherwood, 289 Lake Diamond Avenue, Ocala, FL 34472-5037 |
| 2561264 | + | Andrew Clark, 961 N 1075 W, Layton, UT 84041-7110 |
| 2561265 | + | Anthony Anderson, 253 Main Street Suite 109, Matawan, NJ 07747-3222 |
| 2561266 | + | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 2561268 | + | Arlene Nash Jones, 2056 NW 55th Blvd, Gainesville, FL 32653-2174 |
| 2561271 | + | Bear Robotics, Inc., 16650 Westgrove Dr. Suite 175, Addison, TX 75001-5669 |
| 2561272 | + | BentoBox Websites, 584 Broadway, 4th Floor, New York, NY 10012-3229 |
| 2561273 | + | Burning Bush, LLC, 2237 SW 19TH AVE ST, STE 101, Ocala, FL 34471-7751 |
| 2561275 | | CCC of New York, Inc., PO Box 288, Tonawanda, NY 14151-0288 |
| 2561276 | + | CDO Group, 333 W. Harrison Street, Oak Park, IL 60304-1558 |
| 2561278 | + | CFM, For Aramark, PO Box 674257, Marietta, GA 30006-0071 |
| 2561274 | + | Cavis Callies, Callies Enterprises LLC, 4209 Holiday Place, Oklahoma City, OK 73112-1356 |
| 2561277 | + | Central Products, LLC, dba Central Restaurant Products, 7750 Georgetown Road, Indianapolis, IN 46268-4135 |
| 2561279 | + | Charles Ruse Jr., Ruse Law 500 NE 8th Avenue, Ocala, FL 34470-5345 |
| 2561280 | + | Chef Works, Inc., c/o Pucin & Friedland, 5805 Sepulveda Blvd., 4th Floor, Sherman Oaks, CA 91411-2532 |
| 2561281 | | Christopher Greigo, 31 Fir Loop, Cedar Crest, NM 87008 |
| 2561282 | + | Clean Cut Lawn Care LLC, 101 NE 41st Avenue, Ocala, FL 34470-1444 |
| 2561285 | + | Courtney & Jennifer Welch, 3233 W. Hartland Drive, Southaven, MS 38672-9623 |
| 2561287 | | David Giusto, 2813 W. Ottio Avenue, Tampa, FL 33607 |
| 2561288 | + | Dee Dixon, 160 Ellsworth Circle, Saint Johns, FL 32259-7228 |
| 2561289 | + | Deniel TImmons, 410 SE Olustee Avenue, Lake City, FL 32025-0102 |
| 2561290 | | Dr. Valda Slack, 17867 SE 115th Circle, Spring Hill, FL 34609 |
| 2561292 | + | Easy Ice, LLC, PO Box 879, Marquette, MI 49855-0879 |
| 2561293 | + | Expand LLC, 3600 Embassy Pkwy, Suite 120, Akron, OH 44333-8337 |
| 2561294 | + | Florida Express, PO Box 5058, Ocala, FL 34478-5058 |
| 2561298 | + | FranConnect, LLC, 13865 Sunrise Valley Dr Ste 150, Herndon, VA 20171-6273 |
| 2561299 | | Frederick C. Morello, PA, Frederick C. Morello, Esq., 2nd Floor 111 N. Frederick Avenue, Daytona Beach, FL 32114 |
| 2561300 | + | Gadiel & Carrie Cruz, GTG Management LLC, 13325 Vennetta Way, Windermere, FL 34786-6392 |
| 2561301 | + | Georgette Tomsick, 1650 Black Hills Way, North Las Vegas, NV 89031-1569 |
| 2561303 | + | Grinder Taber & Grinder, Inc., 1919 Lynnfield Rd B, Memphis, TN 38119-7234 |
| 2561304 | + | Hugh Bogart, 920 Derby Trace, Nashville, TN 37211-7307 |
| 2561305 | + | Ingold Law, PLLC, For Central Restaurant Products, 5555 Main Street, Williamsville, NY 14221-5430 |
| 2561306 | + | Ink Link Marketing LLC, 6073 NW 167 Street Suite C18, Hialeah, FL 33015-4346 |
| 2561308 | + | James McLeod, 1052 Chestnut Hill Circle SW, Marietta, GA 30064-4606 |
| 2561309 | + | Jeffrey & Karin Moyle, 1055 Riverside Walk Crossing, Sugar Hill, GA 30518-8445 |
| 2561310 | + | Jeffrey Selgren, Roknar LLC, 1922 Russell Avenue, Cheyenne, WY 82001-3925 |

| District/off: 1129-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: b309c | Total Noticed: 116 |

| | | |
|---|---|---|
| 2561311 | + | Jena Woodyard, Eagle Medical Management, 3001 West Silver Springs Blvd. Building, Ocala, FL 34475-5647 |
| 2561312 | + | John & Francheska Noble, 23223 Front Beach Road Apt C3-104, Panama City Beach, FL 32413-1095 |
| 2561316 | + | KServicing (Kabbage Funding), 925B Peachtree Street NE Suite 1688, Atlanta, GA 30309-3918 |
| 2561313 | + | Kama & Christy Mitchell, 46 Juniper Loop Court, Ocala, FL 34480-4464 |
| 2561314 | + | Karen Mitchell, 5398 Sun Trail Drive, Florissant, MO 63033-4425 |
| 2561315 | + | Kelly Donnell, 1650 Black Hills Way, North Las Vegas, NV 89031-1569 |
| 2561317 | + | Lalchandani Simon PL, Attn: Kubs Lalchandani, Esq., 25 SE 2nd Avenue, Suite 1020, Miami, FL 33131-1604 |
| 2561318 | | Madison Ortiz, 19440 SWE 91st Lane, Ocklawaha, FL 32179 |
| 2561320 | + | Med Direct Capital, LLC, 1075 Anchor Pt, Delray Beach, FL 33444-1776 |
| 2561321 | | Merchant Services, PO Box 6010, Hagerstown, MD 21741-6010 |
| 2561322 | + | Michael Shaffer, MMA LLC 961 N 1075 W, Layton, UT 84041-7110 |
| 2561323 | + | Michelle Gregory, 1966 Normandy Drive, Zanesville, OH 43701-2143 |
| 2561324 | + | Mikayla Shaffer, 961 N 1075 W, Layton, UT 84041-7110 |
| 2561325 | + | Nadina Hammonds, 253 Main Street Suite 109, Matawan, NJ 07747-3222 |
| 2561329 | | Nationwide Mutual Insurance Company, PO Box 77210, Minneapolis, MN 55480-7200 |
| 2561330 | | Nestle Professional North America, 30002 Bainbridge Road, Solon, OH 44139 |
| 2561331 | + | Nestle USA, Inc., Attn: Legal Department, 30003 Bainbridge Road, Solon, OH 44139-2290 |
| 2561332 | + | NuCO2, Inc., 2800 SE Market Place, Stuart, FL 34997-4965 |
| 2561333 | + | Oates Energy Inc., 14286 Beach Blvd, Suite 12, Jacksonville Beach, FL 32250-1568 |
| 2561334 | + | Ocala Heating & Air Conditioning, LLC, 3695 SE 58th Avenue, Ocala, FL 34480-1306 |
| 2561336 | + | OpenTable, One Montgomery Street, Suite 500, San Francisco, CA 94104-4535 |
| 2561337 | + | Orlester Johnson, c/o Stacy Clinton, Esq., The Clinton Law Office, 4862 Elvis Presle, Memphis, TN 38116-7748 |
| 2561338 | | Oscar & Esther Estrada, Omen LLC, 16024 Rising Star Drive, Clermont, FL 34714 |
| 2561339 | + | P1 Finance, PO Box 922025, Norcross, GA 30010-2025 |
| 2561340 | + | Patrick Cirwithian, 156 Duck Hawk Circle, Daytona Beach, FL 32119-8742 |
| 2561341 | + | Paypal, Inc., c/o Enterprise Recovery, LLC, 301 Lacey St, West Chester, PA 19382-3727 |
| 2561344 | + | Quentin Anderson, 1780 Kettner Blvd #315, San Diego, CA 92101-2553 |
| 2561345 | + | Residences at Markets West, 7400 SW 13th Road, Gainesville, FL 32607-3536 |
| 2561346 | + | Robert Patrick & Co., 2 South Ave. East, Cranford, NJ 07016-2811 |
| 2561347 | + | Rodney Williams, 922 Riverscape Street, Bradenton, FL 34208-5707 |
| 2561348 | + | Roger & Cynthia George, 4895 Sandy Hill Drive, Valdosta, GA 31601-9019 |
| 2561349 | #+ | Rudolph Rolle, 2973 Etowah Park Blvd., Tavares, FL 32778-2002 |
| 2561354 | + | SPEF Holding Company, LLC, et al., Attn: T. Gaillard Ulhorn, Esq., c/o Bass Berry & Sims, 100 Peabody Place,, Memphis, TN 38103-3654 |
| 2561350 | + | Scott & Anissa Hargraves, FYG Foods, 11015 Sandy Creek Drive, Sandy, UT 84094-5344 |
| 2561351 | + | Scott Stephens, 20960 River Drive, Dunnellon, FL 34431-6746 |
| 2561352 | + | Shankman Leone, P.A., 707 N Franklin St Fifth Floor, Tampa, FL 33602-4419 |
| 2561353 | | Spectrio, LLC, PO Box 890271, Charlotte, NC 28289-0271 |
| 2561355 | + | Spire Law, LLC, 2572 W State Rd 426, Suite 2088, Oviedo, FL 32765-8389 |
| 2561356 | + | Steven & Ricci, Inc., 7739 E. Broadway Blvd., Suite 220, Tucson, AZ 85710-3941 |
| 2561357 | | TapMango Inc., 5775 Yonge Street, Suite 1801, Toronto Ontario M2M 4J1 |
| 2561359 | | Tower Harbor Club, LLC, c/o Cynthia D. Stelzer, Esq., Kimball, Tirey & St. John LLP, 7676 Hazar, San Diego, CA 92108 |
| 2561360 | + | Tower Harbor Club, LLC, 100 Harbor Drive Suite 5, San Diego, CA 92101-8404 |
| 2561361 | + | Tre Harris, 2089 Century Avenue SE, Cleveland, TN 37311-0968 |
| 2561366 | + | Vonage, 101 Crawfords Corner Road Suite 2416, Holmdel, NJ 07733-1980 |
| 2561367 | + | Walter & Stephanie Harvey, 5703 SW 50th Avenue, Ocala, FL 34474-5758 |
| 2561368 | + | Wenzel Fenton Cabassa PA, 1110 N Florida Avenue, Suite 300, Tampa, FL 33602-3343 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: kpaysinger@lansingroy.com | Aug 07 2024 23:57:00 | Kevin B Paysinger, Lansing Roy, PA, 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207 |
| tr | + EDI: BTMBENDER.COM | Aug 08 2024 03:53:00 | Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317-4557 |
| smg | EDI: FLDEPREV.COM | Aug 08 2024 03:53:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | EDI: FLDEPREV.COM | | |

| District/off: 1129-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: b309c | Total Noticed: 116 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Aug 08 2024 03:53:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| | | | Aug 07 2024 23:57:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Aug 07 2024 23:57:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 2561258 | ^ | MEBN | Aug 07 2024 23:49:53 | ADT, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 2561269 | | EDI: LCIICSYSTEM | Aug 08 2024 03:53:00 | ATT DIRECTV, C/O IC SYSTEM, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 2561262 | + | Email/Text: bankruptcynotices@amazon.com | Aug 07 2024 23:57:00 | Amazon Business, P.O. Box 81226, Seattle, WA 98108-1300 |
| 2561283 | + | Email/Text: litigation@brownandjoseph.com | Aug 07 2024 23:57:00 | Cloud Kitchens, c/o The Leviton Law Firm, Ltd., One Pierce Place, Suite 725W, Itasca, IL 60143-1234 |
| 2561284 | | EDI: COMCASTCBLCENT | Aug 08 2024 03:53:00 | Comcast Business, 1100 Northpoint Pkwy, West Palm Beach, FL 33407-1937 |
| 2561291 | | Email/Text: lynn.colombo@duke-energy.com | Aug 07 2024 23:57:00 | Duke Energy, PO Box 1090, Charlotte, NC 28201-1090 |
| 2561297 | | Email/Text: Bankruptcy@FMAAlliance.com | Aug 07 2024 23:57:00 | FMA ALLIANCE LTD, FOR UPSTART SMB/CRB, 12339 CUTTEN RD, Houston, TX 77066-1807 |
| 2561295 | + | Email/Text: bkr@virtuososourcing.com | Aug 07 2024 23:57:00 | Florida Natural Gas, c/o Virtuoso Sourcing Group, 4500 Cherry Creek South Dr Ste 500, Glendale, CO 80246-1500 |
| 2561302 | ^ | MEBN | Aug 07 2024 23:49:51 | Glankler Brown, PLLC, Attn: Jeremy G. Alpert, Esq., 6000 Poplar Avenue, Suite 400, Memphis, TN 38119-3978 |
| 2561307 | | EDI: IRS.COM | Aug 08 2024 03:53:00 | Internal Revenue Service, PO Box 7346, PHILADELPHIA, PA 19101-7346 |
| 2561319 | ^ | MEBN | Aug 07 2024 23:49:49 | Marcadis Singer, P.A., Attn: Gilbert Singer, Esq., 5104 South Westshore Blvd., Tampa, FL 33611-5650 |
| 2561326 | ^ | MEBN | Aug 07 2024 23:49:52 | NATIONAL ENTERPRISE SYSTEM, FOR PNC BANK, 2479 EDISON BLVD, UNIT A, Twinsburg, OH 44087-2476 |
| 2561327 | + | Email/Text: litigation@brownandjoseph.com | Aug 07 2024 23:57:00 | Nationwide Mutual Insurance Comp., c/o Leviton Law Firm, Ltd., One Pierce Place, Suite 725W, Itasca, IL 60143-1234 |
| 2561328 | ^ | MEBN | Aug 07 2024 23:49:49 | Nationwide Mutual Insurance Company, One West Nationwide Blvd., Columbus, OH 43215-2752 |
| 2561335 | | Email/Text: bkfilings@zwickerpc.com | Aug 07 2024 23:57:00 | ODK Capital, LLC, c/o Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 2561343 | + | EDI: CCS.COM | Aug 08 2024 03:53:00 | PNC BANK, C/O CREDIT COLLECTION SERVICES, 725 CANTON STREET, Norwood, MA 02062-2609 |
| 2561342 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 07 2024 23:57:00 | Peoples Gas, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 2561296 | | Email/Text: bankruptcyteam@rentokil.com | Aug 07 2024 23:57:00 | Florida Pest Control, PO Box 13848, Reading, PA 19612 |
| 2561358 | + | Email/Text: litigation@brownandjoseph.com | Aug 07 2024 23:57:00 | The Leviton Law Firm, Ltd., For ADP - SBS, One Pierce Place, Suite 725W, Itasca, IL 60143-1234 |

| District/off: 1129-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: b309c | Total Noticed: 116 |

| | | | | |
|---|---|---|---|---|
| 2561362 | | Email/Text: Usaflm.bk-jax@usdoj.gov | Aug 07 2024 23:57:00 | UNITED STATES ATTORNEY, 300 NORTH HOGAN ST SUITE 700, JACKSONVILLE, FL 32202-4204 |
| 2561363 | ^ | MEBN | Aug 07 2024 23:49:48 | UNITED STATES ATTORNEY GENERAL, US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530-0001 |
| 2561365 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Aug 07 2024 23:57:00 | US Foods, 7004 E. Hanna, Tampa, FL 33610-9527 |
| 2561364 | | EDI: LCIUPSTART | Aug 08 2024 03:53:00 | Upstart Loan Operations, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2561267 | *+ | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 2561257 | * | Kevin B Paysinger, Lansing Roy, PA, 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207 |
| 2561286 | ##+ | David & Crayonnia Gordon Somers, 2601 Tiny Town Road, Clarksville, TN 37042-7220 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin B Paysinger | on behalf of Debtor Celebrity's Management Company LLC kpaysinger@lansingroy.com, court@lansingroy.com;kkleist@lansingroy.com |
| Theresa M. Bender | tmbenderch7@gmail.com FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Celebrity's Management Company, LLC** <br> Name | EIN **83–3004040** |
| United States Bankruptcy Court **Northern District of Florida** <br> Case number: **24–10136–KKS** | | Date case filed for chapter **7   July 5, 2024** |

Official Form 309C (For Corporations or Partnerships)

# Amended Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney. Visit www.flnb.uscourts.gov/filing-without-attorney for information about free and reduced rate legal services.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. To register for the Electronic Bankruptcy Noticing program go to https://bankruptcynotices.uscourts.gov/.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Celebrity's Management Company, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8604 SW 31st Avenue <br> Gainesville, FL 32608 | |
| 4. | **Debtor's attorney** <br> Name and address | Kevin B Paysinger <br> Lansing Roy, PA <br> 1710 Shadowood Lane, Suite 210 <br> Jacksonville, FL 32207 | Contact phone 904–391–0030 x152 <br><br> Email: kpaysinger@lansingroy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Theresa M. Bender <br> P.O. Box 14557 <br> Tallahassee, FL 32317 | Contact phone 850–205–7777 <br><br> Email: tmbenderch7@gmail.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 110 E. Park Ave., Ste. 100 <br> Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm <br><br> Contact phone (866) 639–4615 <br><br> Date: August 7, 2024 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 6, 2024 at 09:30 AM, ET** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, enter Meeting ID 332 456 9217, and Passcode 7942049339, OR call 1–850–888–7651** <br><br> For additional Zoom meeting information go to www.justice.gov/ust/moc. |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

| 8. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

**Reason for amendment:** To add Debtor's Tax ID/EIN.